An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EUGENE CORNETT,<br><br>                    Appellant,<br><br>vs.<br><br>CAROLYN GRONDIN; AND SAMUEL<br>C. GRONDIN,<br><br>                    Respondents. | No. 66526 |
| EUGENE CORNETT,<br><br>                    Appellant,<br><br>vs.<br><br>CAROLYN GRONDIN; AND SAMUEL<br>C. GRONDIN,<br><br>                    Respondents. | No. 67356 |

**FILED**

MAY 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). To the extent the parties seek dismissal of the underlying district court case, that relief must be sought in the district court.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Matt Penter

cc:     Chief Judge, Eighth Judicial District Court
        Christensen Law Offices, LLC
        Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-15524